# Data For Parcel 0100230900

## Base Data

| | |
|---|---|
| **Parcel:** | 0100230900 |
| **Owner:** | DELBOSQUE FRANCISCO P III |
| **Address:** | 300 WAGNALLS DR |

[+] Map this property.

### Mailing Address

| | |
|---|---|
| **Mailing Name:** | DELBOSQUE FRANCISCO P III |
| **Address:** | 300 WAGNALLS DR |
| **City State Zip:** | LITHOPOLIS, OH 43136 |

### Taxing District

| | |
|---|---|
| **City:** | VILLAGE OF LITHOPOLIS |
| **Township:** | BLOOM TOWNSHIP |
| **School District:** | BLOOM-CARROLL L.S.D. |

### Legal

| | | | |
|---|---|---|---|
| **Neighborhood:** | 00060010 LITHOPOLIS CORP | **Legal Acres:** | 0 |
| **Legal Description:** | BLOOM CANYON ADD 2 | **Land Use:** | (510) R - SINGLE FAMILY DWELLING, PLATTE |
| | LOT 4 | **Property Class:** | RESIDENTIAL |
| | | **Range Township Section:** | 0-0-0 |
| **Map Number:** | 0003-00-030-00 | | |

### Valuation

| | Appraised | Assessed (35%) |
|---|---|---|
| **Land Value:** | $85,480.00 | $29,920.00 |
| **Building Value:** | $90,260.00 | $31,590.00 |
| **Total Value:** | $175,740.00 | $61,510.00 |
| **CAUV Value:** | $0.00 | |
| **Taxable Value:** | $61,510.00 | |

### Tax Credits

| | |
|---|---|
| **2.5% Homesite Rollback:** | YES |
| **Homestead Reduction:** | NO |

### Notes

| | |
|---|---|
| **Notes:** | |
| | |
| | |

Report Discrepancy