IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION

| | | |
|---|---|---|
| In re:  Leo D. Hinkle, Jr. | : | Case No. 16-56902 |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| | : | Judge Preston |

**SPECIAL LIMITED NOTICE OF APPEARANCE
AND REQUEST FOR NOTICES ON BEHALF OF
STATE OF OHIO DEPARTMENT OF TAXATION**

    PLEASE TAKE NOTICE that the State of Ohio, Department of Taxation appears herein by its Counsel, ERIN M. DOOLEY, for the limited purpose of directing, pursuant to Fed. R. Bankr. P. 2002(g), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the schedules and also at the following address:

        Erin M. Dooley
        The Law Office of Charles Mifsud, LLC
        6305 Emerald Parkway
        Dublin, OH 43016
        Phone – (614) 389-6357
        Fax – (614) 389-2294

    PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices referred to in Fed. R. Bankr. P. 2002 but also includes, without limitation, any orders applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of the State of Ohio.

    This Special Limited Notice of Appearance is being filed for the sole purpose of notifying the Court and the parties of the address to be used for service of notices, orders, reports and pleadings.  The undersigned does not have the authority or capacity to waive the sovereign immunity of the State of Ohio or to consent to this Court's jurisdiction over the State of Ohio. Accordingly, this Special Limited Notice of Appearance does not constitute a waiver of sovereign immunity by the State of Ohio or any of its departments, agencies, boards or instrumentalities.

                                    Respectfully submitted,
                                    /s/ Erin M. Dooley
                                    Brian M. Gianangeli (0072028)
                                    Erin M. Dooley (0089092)
                                    THE LAW OFFICE OF CHARLES MIFSUD, LLC
                                    Special Counsel to the Attorney General
                                    6305 Emerald Parkway
                                    Dublin, OH 43016
                                    Phone – (614) 389-6357
                                    Fax – (614) 389-2294
                                    Attorney for The State of Ohio,
                                    Department Of Taxation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served by US Mail and/or electronically via ECF, this 7th day of September, 2017 upon the following:

Leo D. Hinkle, Jr.
248 Broken Arrow Drive
Gahanna, OH 43230

Office of the U.S. Trustee
170 North High Street, Suite 200
Columbus, OH  43215-2417

Christopher John Spiroff
Spiroff Law Office
1180 South High Street
Columbus, OH 43206

Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085

/s/ Erin M. Dooley
Erin M. Dooley  (0089092)